IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RALPH EDWARD SHANNON,

    Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                       12-cv-162-wmc

BARBARA B. CRABB,

    Defendant.

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis* on his denial of right to due process and free speech claims against the defendant and dismissing this case.

_____      12/11/12
Peter Oppeneer, Clerk of Court              Date