## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RALPH EDWARD SHANNON,

      Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                        12-cv-162-wmc

BARBARA B. CRABB,

      Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis* on his denial of right to due process and free speech claims against the defendant and dismissing this case.

_____      _____

Peter Oppeneer, Clerk of Court            12/11/12

                                                           Date